# EXHIBIT D

## CITATION BY CERTIFIED MAIL-TRC 106

| | |
|---|---|
| THE STATE OF TEXAS | Cause No. CV1611518 |
| KEITH BADEAUX | IN THE 75TH JUDICIAL DISTRICT COURT |
| VS. | OF |
| VOYAGER INDEMNITY INSURANCE | LIBERTY COUNTY, TEXAS |

TO: VOYAGER INDEMNITY INSURANCE, by and through the Office of Voyager Indemnity Insurance Company, Defendant, GREETING

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 20 days after the date you were served this citation and petition, a default judgment may be taken against you."

You are hereby commanded to appear by filing a written answer to the Plaintiff's Petition at or before 10:00 o'clock A.M. on the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable 75TH JUDICIAL DISTRICT COURT of Liberty County, at the Courthouse in said County in Liberty, Texas. Said Plaintiff's Petition was filed in said court on the 14th day of December, 2016 in the above entitled cause.

The nature of Plaintiff's demand is fully shown by a true and correct copy of Plaintiff's Petition accompanying this citation and made a part thereof.

Issued and given under my hand and seal of said Court at Liberty, Texas this 15th day of December, 2016.

Attorney for Plaintiff or Plaintiff's
MARK J. BEAUSOLEIL
P.O. BOX 663
Liberty, Texas 77575

DONNA G. BROWN, DISTRICT CLERK
LIBERTY COUNTY
1923 Sam Houston, Room 115
Liberty, Texas 77575

By: _Destiny Henry_, Deputy
Destiny Henry

### CERTIFICATE OF DELIVERY BY CERTIFIED MAIL

I hereby certify that on the 15th day of December, 2016 at 3:00 P.M. I mailed to VOYAGER INDEMNITY INSURANCE Defendant, by certified mail, return receipt requested, a true copy of this citation with a copy of the petition attached thereto.

DONNA G. BROWN, DISTRICT CLERK
LIBERTY COUNTY
By: _Destiny Henry_, Deputy
Destiny Henry

## RETURN BY CERTIFIED MAIL

Cause No. CV1611518

Came to hand on the 15th day of December 2016 and executed by mailing certified mail return receipt requested, a true copy of this citation together with a copy of *Plaintiff's Original Petition for Delay in Payment of Benefits and Request for Disclosures*, at the following address.

CMRR# 7015 1520 0003 3443 6169

Name and address date signed by whom:
Voyager Indemnity Insurance Company
11222 Quail Roost Dr.
Miami, Florida 33157

Signed for by: _____

Date Signed: _____

As evidence by the signed return receipt attached hereto and incorporated in the return

Attached Return Receipt(s) with Addressee's Signature

Not executed as to: _____

For the following reason: _____

To certify which witness my hand officially,
Donna G. Brown, District Clerk, Liberty County

By: _____, Deputy
Destiny Henry

Fee for serving Citation: $75.00

## CITATION BY CERTIFIED MAIL-TRC 106

| | |
|---|---|
| THE STATE OF TEXAS | Cause No. CV1611518 |
| KEITH BADEAUX | IN THE 75TH JUDICIAL DISTRICT COURT |
| VS. | OF |
| VOYAGER INDEMNITY INSURANCE | LIBERTY COUNTY, TEXAS |

TO: VOYAGER INDEMNITY INSURANCE, by and through the Office of Voyager Indemnity Insurance Company, Defendant, GREETING

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 20 days after the date you were served this citation and petition, a default judgment may be taken against you."

You are hereby commanded to appear by filing a written answer to the Plaintiff's Petition at or before 10:00 o'clock A.M. on the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable 75TH JUDICIAL DISTRICT COURT of Liberty County, at the Courthouse in said County in Liberty, Texas. Said Plaintiff's Petition was filed in said court on the 14th day of December, 2016 in the above entitled cause.

The nature of Plaintiff's demand is fully shown by a true and correct copy of Plaintiff's Petition accompanying this citation and made a part thereof.

Issued and given under my hand and seal of said Court at Liberty, Texas this 15th day of December, 2016.

Attorney for Plaintiff or Plaintiff's
MARK J. BEAUSOLEIL
P.O. BOX 663
Liberty, Texas 77575

DONNA G. BROWN, DISTRICT CLERK
LIBERTY COUNTY
1923 Sam Houston, Room 115
Liberty, Texas 77575

By: _____, Deputy
Destiny Henry

### CERTIFICATE OF DELIVERY BY CERTIFIED MAIL

I hereby certify that on the 15th day of December, 2016 at 3:00 P.M. I mailed to VOYAGER INDEMNITY INSURANCE Defendant, by certified mail, return receipt requested, a true copy of this citation with a copy of the petition attached thereto.

DONNA G. BROWN, DISTRICT CLERK
LIBERTY COUNTY
By: _____, Deputy
Destiny Henry

## RETURN BY CERTIFIED MAIL

Cause No. CV1611518

Came to hand on the 15th day of December 2016 and executed by mailing certified mail return receipt requested, a true copy of this citation together with a copy of *Plaintiff's Original Petition for Delay in Payment of Benefits and Request for Disclosures*, at the following address.

CMRR# 7015 1520 0003 3443 6169

Name and address date signed by whom:
Voyager Indemnity Insurance Company
11222 Quail Roost Dr.
Miami, Florida 33157

Signed for by: _____

Date Signed: _____

As evidence by the signed return receipt attached hereto and incorporated in the return

Attached Return Receipt(s) with Addressee's Signature

Not executed as to: _____

For the following reason: _____

To certify which witness my hand officially,
Donna G. Brown, District Clerk, Liberty County

By: _____, Deputy
     Destiny Henry

Fee for serving Citation: $75.00

U.S. POSTAGE >> PITNEY BOWES
ZIP 77575 $ 007.75⁰
02 1W
0001385701 DEC 16 2016

Linda Silva

Voyager Indemnity Insurance Company
11222 Quail Roost Dr.
Miami, Florida 33157

**DONNA G. BROWN**
DISTRICT CLERK, LIBERTY COUNTY
1923 SAM HOUSTON - ROOM 115
LIBERTY, TX 77575-4842

[Seal: DISTRICT CLERK · LIBERTY COUNTY · TEXAS]

2668017

English    Customer Service    USPS Mobile      Register / Sign In



# USPS Tracking®

**Still Have Questions?**
**Browse our FAQs ›**



Get Easy Tracking Updates ›
Sign up for My USPS.

**Tracking Number:** 70151520000334436169

## Product & Tracking Information

**Postal Product:**      **Features:**
                                Certified Mail™

## Available Actions

**Text Updates**

**Email Updates**

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| December 22, 2016 , 4:05 am | **Delivered, To Agent** | MIAMI, FL 33197 |

Your item has been delivered to an agent at 4:05 am on December 22, 2016 in MIAMI, FL 33197.

| | | |
|---|---|---|
| December 20, 2016 , 3:00 am | In Transit to Destination | |
| December 18, 2016 , 3:00 pm | Departed USPS Facility | OPA LOCKA, FL 33054 |
| December 18, 2016 , 8:05 am | Arrived at USPS Facility | OPA LOCKA, FL 33054 |
| December 18, 2016 , 1:19 am | In Transit to Destination | |
| December 17, 2016 , 1:19 am | Departed USPS Facility | NORTH HOUSTON, TX 77315 |
| December 16, 2016 , 11:51 pm | Arrived at USPS Facility | NORTH HOUSTON, TX 77315 |

## Track Another Package

**Tracking (or receipt) number**

[ _____ ]    **Track It**

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

**Sign up for My USPS ›**



| HELPFUL LINKS | ON ABOUT.USPS.COM | OTHER USPS SITES | LEGAL INFORMATION |
|---|---|---|---|
| Contact Us | About USPS Home | Business Customer Gateway | Privacy Policy |
| Site Index | Newsroom | Postal Inspectors | Terms of Use |
| FAQs | USPS Service Updates | Inspector General | FOIA |
| | Forms & Publications | Postal Explorer | No FEAR Act EEO Data |
| | Government Services | National Postal Museum | |
| | Careers | Resources for Developers | |

Copyright © 2017 USPS. All Rights Reserved.