| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |
|---|---|---|

| KEITH BADEAUX, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 1:17-CV-25 |
| | § | |
| VOYAGER INDEMNITY | § | |
| INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

In accordance with the parties' Joint Stipulation of Dismissal (#8), filed April 3, 2017, this action is dismissed in its entirety, with prejudice. Each party shall bear its own costs of court and attorney's fees.

THIS IS A FINAL JUDGMENT.

SIGNED at Plano, Texas, this 4th day of April, 2017.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE